DIME BUILDING AND LOAN ASSOCIATION, Respondent, v. JAMES M. HART, Appel-

lant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.